| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Jennifer Lee Hall | CASE NO.: 6:24-bk-12448-WJ<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 05/06/2024    Jennifer Lee Hall    /s/ Jennifer Hall
                    Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L87/KCQ 27655491 | 01/ | 1121965 | 1 of 1 |

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

## Earnings Statement

ADP

Period Starting: 02/19/2024
Period Ending: 03/03/2024
Pay Date: 03/08/2024

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 5    Federal:
  State: 5     State:
  Local: 0     Local:
Social Security Number: XXX-XX-5502

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 385.0000 | 2.00 | 770.00 | 3850.00 |
| Gross Pay | | | $770.00 | $3,850.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -47.74 | 238.70 |
| Medicare | -11.17 | 55.83 |
| California State Income | 0.00 | 0.00 |
| California State DI | -8.47 | 42.35 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -30.80 | 154.00 |

Net Pay    $671.82

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 30.80 | 154.00 |
| Total Hours Worked | 2.00 | 10.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.82 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $739.20
* Excluded from Federal taxable wages

---

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

Pay Date:    03/08/2024

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.82 |

THIS IS NOT A CHECK

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L87 KCQ 27655491 | 01/ | 1156103 | 1 of 1 |

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

**Earnings Statement**

ADP

Period Starting: 03/04/2024
Period Ending: 03/17/2024
Pay Date: 03/22/2024

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 5    Federal:
  State: 5    State:
  Local: 0    Local:
Social Security Number: XXX-XX-5502

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 385.0000 | 2.00 | 770.00 | 4620.00 |
| Gross Pay | | | $770.00 | $4,620.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -47.74 | 286.44 |
| Medicare | -11.16 | 66.99 |
| California State Income | 0.00 | 0.00 |
| California State DI | -8.47 | 50.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -30.80 | 184.80 |

| Net Pay | $671.83 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 30.80 | 184.80 |
| Total Hours Worked | 2.00 | 12.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.83 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $739.20
* Excluded from Federal taxable wages

---

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

Pay Date:    03/22/2024

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.83 |

**THIS IS NOT A CHECK**

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L87/KCQ 27655491 | 01/ | 1188749 | 1 of 1 |

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

**Earnings Statement**

ADP

Period Starting: 03/18/2024
Period Ending: 03/31/2024
Pay Date: 04/05/2024

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal:  5         Federal:
  State:    5         State:
  Local:    0         Local:
Social Security Number: XXX-XX-5502

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 385.0000 | 2.00 | 770.00 | 5390.00 |
| Gross Pay | | | $770.00 | $5,390.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -47.74 | 334.18 |
| Medicare | -11.17 | 78.16 |
| California State Income | 0.00 | 0.00 |
| California State DI | -8.47 | 59.29 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -30.80 | 215.60 |

Net Pay    $671.82

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 30.80 | 215.60 |
| Total Hours Worked | 2.00 | 14.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.82 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $739.20
* Excluded from Federal taxable wages

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

Pay Date:    04/05/2024

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.82 |

THIS IS NOT A CHECK

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L87/KCQ 27655491 | 01/ | 1221016 | 1 of 1 |

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

**Earnings Statement**

ADP

Period Starting: 04/01/2024
Period Ending: 04/14/2024
Pay Date: 04/19/2024

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 5           Federal:
  State: 5             State:
  Local: 0             Local:
Social Security Number: XXX-XX-5502

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 385.0000 | 2.00 | 770.00 | 6160.00 |
| Gross Pay | | | $770.00 | $6,160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -47.74 | 381.92 |
| Medicare | -11.16 | 89.32 |
| California State Income | 0.00 | 0.00 |
| California State DI | -8.47 | 67.76 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -30.80 | 246.40 |

| Net Pay | | $671.83 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 30.80 | 246.40 |
| Total Hours Worked | 2.00 | 16.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.83 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $739.20
* Excluded from Federal taxable wages

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

Pay Date:    04/19/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3480 | XXXXXXXXX | 671.83 |

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| L8 / KCQ 27655491 | 01/ | 1253231 | 1 of 1 | | ADP |

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

Period Starting: 04/15/2024
Period Ending: 04/28/2024
Pay Date: 05/03/2024

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 5              Federal:
  State:   5              State:
  Local:   0              Local:
Social Security Number: XXX-XX-5502

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 385.0000 | 2.00 | 770.00 | 6930.00 |
| Gross Pay | | | $770.00 | $6,930.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -47.74 | 429.66 |
| Medicare | -11.17 | 100.49 |
| California State Income | 0.00 | 0.00 |
| California State DI | -8.47 | 76.23 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -30.80 | 277.20 |

| Net Pay | | $671.82 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 30.80 | 277.20 |
| Total Hours Worked | 2.00 | 18.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3480 | XXXXXXXXX | 671.82 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $739.20
* Excluded from Federal taxable wages

Temecula Creek Dental Care
31333 Temecula Pkwy Ste 110
Temecula, CA 92592-6834

Pay Date: 05/03/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3480 | XXXXXXXXX | 671.82 |

Jennifer L Hall
27300 Capricho Cir
Temecula, CA 92590-3311

Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

Pay Stub Detail
PAY DATE: 03/01/2024
NET PAY: $1,405.91

Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

**EMPLOYER**
Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/16/2024 |
| Period Ending: | 02/29/2024 |
| Pay Date: | 03/01/2024 |
| Total Hours: | 31.30 |

**EMPLOYEE**
Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

SS#: ...5502

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 1.67 | 0.00 | 6.67 |

NET PAY: $1,405.91
Acct#....3480: $1,405.91

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 31.30 | 50.00 | 1,565.00 | 6,726.50 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 16.92 | 114.33 |
| Social Security | 97.03 | 417.04 |
| Medicare | 22.69 | 97.53 |
| CA Income Tax | 5.23 | 45.22 |
| CA State Disability Ins | 17.22 | 74.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,565.00 | $6,726.50 |
| Taxes | $159.09 | $748.12 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,405.91** | |

Dr Michelle M Scott, DMD  
1 Civic Center Drive  
Suite 120  
San Marcos CA 92069  

**Pay Stub Detail**  
PAY DATE: 03/15/2024  
NET PAY: $1,438.57  

Jennifer Hall  
27300 Capricho Circle  
Temecula CA 92590  

**EMPLOYER**  
Dr Michelle M Scott, DMD  
1 Civic Center Drive  
Suite 120  
San Marcos CA 92069  

**EMPLOYEE**  
Jennifer Hall  
27300 Capricho Circle  
Temecula CA 92590  

SS#: ...5502  

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 1.67 | 0.00 | 8.33 |

**PAY PERIOD**  
Period Beginning: 03/01/2024  
Period Ending: 03/15/2024  
Pay Date: 03/15/2024  
Total Hours: 32.15  

**NET PAY:** $1,438.57  
Acct#....3480: $1,438.57  

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 32.15 | 50.00 | 1,607.50 | 8,334.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 21.17 | 135.50 |
| Social Security | 99.67 | 516.71 |
| Medicare | 23.31 | 120.84 |
| CA Income Tax | 7.10 | 52.32 |
| CA State Disability Ins | 17.68 | 91.68 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,607.50 | $8,334.00 |
| Taxes | $168.93 | $917.05 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,438.57** | |

Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

Pay Stub Detail
PAY DATE: 04/01/2024
NET PAY: $1,132.87

Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

**EMPLOYER**
Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/16/2024 |
| Period Ending: | 03/31/2024 |
| Pay Date: | 04/01/2024 |
| Total Hours: | 24.83 |

**EMPLOYEE**
Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

SS#: ...5502

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 1.67 | 0.00 | 10.00 |

| | |
|---|---|
| **NET PAY:** | $1,132.87 |
| Acct#....3480: | $1,132.87 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 24.83 | 50.00 | 1,241.50 | 9,575.50 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 135.50 |
| Social Security | 76.97 | 593.68 |
| Medicare | 18.00 | 138.84 |
| CA Income Tax | 0.00 | 52.32 |
| CA State Disability Ins | 13.66 | 105.34 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,241.50 | $9,575.50 |
| Taxes | $108.63 | $1,025.68 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,132.87** | |

Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

Pay Stub Detail
PAY DATE: 04/16/2024
NET PAY: $1,693.68

Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

**EMPLOYER**
Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 04/01/2024 |
| Period Ending: | 04/15/2024 |
| Pay Date: | 04/16/2024 |
| Total Hours: | 32.37 |

**EMPLOYEE**
Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

SS#: ...5502

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 1.67 | 0.00 | 11.67 |

| NET PAY: | | $1,693.68 |
|---|---|---|
| Acct#....3480: | | $1,693.68 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 32.37 | 60.00 | 1,942.20 | 11,517.70 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 54.64 | 190.14 |
| Social Security | 120.42 | 714.10 |
| Medicare | 28.17 | 167.01 |
| CA Income Tax | 23.93 | 76.25 |
| CA State Disability Ins | 21.36 | 126.70 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,942.20 | $11,517.70 |
| Taxes | $248.52 | $1,274.20 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,693.68** | |

Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

Pay Stub Detail
PAY DATE: 05/01/2024
NET PAY: $2,062.17

Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

---

**EMPLOYER**
Dr Michelle M Scott, DMD
1 Civic Center Drive
Suite 120
San Marcos CA 92069

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 04/16/2024 |
| Period Ending: | 04/30/2024 |
| Pay Date: | 05/01/2024 |
| Total Hours: | 40.63 |

**EMPLOYEE**
Jennifer Hall
27300 Capricho Circle
Temecula CA 92590

SS#: ...5502

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 1.67 | 0.00 | 13.33 |

NET PAY: $2,062.17
Acct#....3480: $2,062.17

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.63 | 60.00 | 2,437.80 | 13,955.50 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 105.70 | 295.84 |
| Social Security | 151.14 | 865.24 |
| Medicare | 35.34 | 202.35 |
| CA Income Tax | 56.63 | 132.88 |
| CA State Disability Ins | 26.82 | 153.52 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,437.80 | $13,955.50 |
| Taxes | $375.63 | $1,649.83 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $2,062.17