Merdaud Jafarnia, Esq SBN #217262
Albertelli Law
4675 MacArthur Court, Suite 545
Newport Beach, California 92660
Phone No. 813-221-4743
Fax No.    813-221-9171

Attorneys for Secured Creditor, U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

| | | |
|---|---|---|
| JENNIFER LEE HALL | § § § | Case No. 6:24-bk-12448-WJ<br>Chapter 7 |
| Debtor. | § § § § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

     PLEASE TAKE NOTICE that Albertelli Law has been retained by U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS ("Secured Creditor"), its successors and/or assignees in the above-referenced bankruptcy case.  Albertelli Law, hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

 Albertelli Law
5404 Cypress Center Drive
Tampa, FL 33609

Email: bkca@albertellilaw.com

    Any appearances or filings of other documents in the instate case shall not constitute a waiver of FRBP 7004.  U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS, its successors and/or assignees must be served directly and does not authorize Albertelli Law act as its agent for purposes of service under FRBP 7004.

.

Dated: May 14, 2024

                                            Albertelli Law,

                                    By:   /s/Merdaud Jafarnia
                                               Merdaud Jafarnia, Esq.
                                               Attorneys for Secured Creditor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5404 Cypress Center Drive, Tampa, FL 33609

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR SPECIAL NOTICE**_____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 14, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

DEBTOR'S ATTORNEY
Benjamin Heston
bhestonecf@gmail.com

TRUSTEE
Larry D Simons (TR)
larry@lsimonslaw.com

US TRUSTEE
United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 14, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR -Jennifer Lee Hall, 27300 Capricho Cir, Temecula, CA 92590

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/14/2024 | Courtney Perez | /s/ Courtney Perez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**