# Exhibit 1

Case 6:24-bk-12448-WJ    Doc 12-1    Filed 06/04/24    Entered 06/04/24 06:34:19    Desc
Exhibit 1    Page 1 of 2

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

The land referred to herein is situated in the State of California,
County of Riverside, Unincorporated Area, described as follows:

PARCEL 1 OF PARCEL MAP #17785 AS PER MAP RECORDED IN BOOK 107,
PAGE(S) 81 and 82 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY,
CALIFORNIA.

APN: ▮▮▮▮▮▮▮▮

End of Legal Description