# Exhibit C

RECORDING REQUESTED BY:
RECONTRUST COMPANY

AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

ATTN: Angelica Medina
TS No. ▮▮▮▮▮▮▮▮

DOC # 2010-0059437
02/09/2010 08:00A Fee:36.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

## SUBSTITUTION OF TRUSTEE AND ASSIGNMENT OF DEED OF TRUST

The undersigned MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (hereinafter referred to as Beneficiary) is the Beneficiary of that certain Deed of Trust dated 06/28/2005, executed by KENNETH A HALL AND JENNIFER L. HALL, HUSBAND AND WIFE AND STEPHANIE CANNON, AN UNMARRIED WOMAN, TENANTS IN COMMON, Trustor, to STEWART TITLE OF CALIFORNIA, as Trustee, and recorded as Instrument No. 2005-0526484 on 06/30/2005, of Official Records in the County Recorder's Office of RIVERSIDE County, California. NOW THEREFORE, Beneficiary hereby substitutes RECONTRUST COMPANY, N.A., WHOSE ADDRESS IS:1800 Tapo Canyon Rd., CA6-914-01-94, SIMI VALLEY, CA 93063 , as Trustee under said Deed of Trust herein referred to, in the place and stead of and with all rights, title, powers, and interest of the former trustee described above.

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, conveys and transfers to U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SARM 05-19XS, , all beneficial interest under that certain Deed of Trust described above. Said described land: "As more fully described in the above referenced Deed of Trust." Together with the note or notes therein described or referred to, the money due and to become due thereon with the interest, and all rights accrued or to accrue under said Deed of Trust.

DATED: February 03, 2010          MORTGAGE ELECTRONIC REGISTRATION
                                   SYSTEMS, INC.

State of: CALIFORNIA          )BY: _____
County of: VENTURA            )     Gary Nord, Assistant Secretary

On FEB 0 4 2010 before me, _____RJ GREEAR_____, notary public, personally appeared
_____GARY NORD_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Notary Public's Signature
                RJ GREEAR

R. J. GREEAR
COMM. ▮▮▮▮▮▮▮
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Commission Exp. Dec. 8, 2011

*Form subasgnmnt (01/09)*