United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12448-WJ |
| Jennifer Lee Hall | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Lee Hall, 27300 Capricho Cir, Temecula, CA 92590-3311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jennifer Lee Hall bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Larry D Simons (TR) | larry@lsimonslaw.com  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |
| Merdaud Jafarnia | on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS bkca@alaw.net, mjafarnia@ecf.inforuptcy.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

JUN 17 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **gooch**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:24-bk-12448-WJ |
| JENNIFER LEE HALL, | CHAPTER 7 |
| Debtor. | **SCHEDULING ORDER** |
| | Hearing Date:<br>Date:   June 20, 2024<br>Time:  10:00 a.m.<br>Ctrm.:  304 |

- 1 -

1  A hearing is currently scheduled in this case for June 20, 2024 at 10:00 a.m. regarding the motion of U.S. National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS for relief from the automatic stay [docket #12].  The debtor filed a procedural objection to the motion on June 6, 2024 [docket #16]. Having reviewed the motion and the objection, the Court hereby ORDERS:

1. The hearing regarding the motion is hereby continued from June 20, 2024 at 10:00 a.m. to July 2, 2024 at 12:30 p.m.  Any opposition to the motion must be filed and served not later than June 24, 2024.

IT IS SO ORDERED.

###

Date: June 17, 2024

Wayne Johnson
United States Bankruptcy Judge

- 2 -