# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

---

**Thursday, June 20, 2024**　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room**　　**304**

---

**10:00 AM**
**6:24-12448**　　Jennifer Lee Hall　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**

　　**#6.00**　　Motion for relief from stay

　　　　　　U.S. BANK NATIONAL VS DEBTOR

　　　　　　Property: 27300 Capricho Circle, Temecula, CA 92590
　　　　　　[Real Prop]  Merdaud Jafarnia, attorney/movant

　　　　　　　　　　　　　　　Docket　　　12
　　　　　　*** VACATED ***　　REASON: SCHEDULING ORDER ENTERED 6-17-24

**Matter Notes:**

　　- NONE LISTED -

**Tentative Ruling:**

　　- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

　　Jennifer Lee Hall　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Trustee(s):**

　　Larry D Simons (TR)　　　　　　　　　Pro Se