United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12448-WJ |
| Jennifer Lee Hall | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

**Recip ID        Recipient Name and Address**
db              + Jennifer Lee Hall, 27300 Capricho Cir, Temecula, CA 92590-3311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

**Name                Email Address**

Benjamin Heston
                    on behalf of Debtor Jennifer Lee Hall bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Larry D Simons (TR)
                    larry@lsimonslaw.com  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com

Merdaud Jafarnia
                    on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS bkca@alaw.net, mjafarnia@ecf.inforuptcy.com

United States Trustee (RS)
                    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

**FILED & ENTERED**

**JUL 01 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JENNIFER LEE HALL,<br><br>Debtor. | Case No.: 6:24-bk-12448-WJ<br><br>CHAPTER 7<br><br>**SCHEDULING ORDER**<br><br>Hearing Date:<br>Date:   July 2, 2024<br>Time:   12:30 p.m.<br>Ctrm.:   304 |

On June 4, 2024, U.S. National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS filed a motion for relief from the automatic stay [docket #12]. The debtor filed a procedural objection to the motion on June 6, 2024 [docket #16]. After reviewing the motion and the objection, the Court issued an order granting partial relief in response to the debtor's procedural objection. See Docket #17. That order rescheduled the matter and gave the debtor a further opportunity to file substantive opposition. However, the debtor has failed to do so. The Court set a deadline of June 24, 2024 for the debtor to file substantive opposition but the debtor has failed to do so.

- 1 -

1   Accordingly, having reviewed the relevant pleadings, the Court hereby finds that no oral
2  argument is necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the
3  Court hereby takes off calendar the hearing and waives appearances. No hearing shall occur. For
4  the reasons set forth in the motion (which has not been opposed substantively), the Court finds
5  that relief from the automatic stay is appropriate and the Court is prepared to enter an order
6  granting the motion with the relief requested on page 5 in paragraphs 1, 2, 7, 9, 10(b) and 11(b) of
7  the prayer of the motion pursuant to 11 U.S.C. § 362(d)(1). Counsel for the moving party should
8  submit a proposed order with such relief within fourteen days.

9   This order takes off calendar the hearing. It does not grant any relief. A further order is
10 necessary. If counsel does not submit a proposed order within fourteen days, the moving party
11 should assume the Court will follow LBR 9021-1(b)(1)(C) and assume the matter has been
12 abandoned and enter an order denying the motion. See LBR 9021-1(b)(1)(C) ("If no party submits
13 a proposed order, the Court may prepare and enter such order as it deems appropriate . . . .").
14 IT IS SO ORDERED.

###

Date: July 1, 2024

Wayne Johnson
United States Bankruptcy Judge

- 2 -