| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Merdaud Jafarnia, Esq SBN #217262<br>Albertelli Law<br>5901 Priestly Drive, No. 150<br>Carlsbad, California 92008<br>Phone No. 813-221-4743<br>Fax No.   813-221-9171<br>Attorneys for Secured Creditor<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* U.S. Bank National Association, as Truste | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Jennifer Lee Hall<br><br><br><br>Debtor(s) | CASE NO.: 6:24-BK-12448-WJ<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY) |
|---|---|

PLEASE TAKE NOTE that the order titled  ORDER GRANTING MOTION FOR  RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)

was lodged on (*date*)   07/08/2024   and is attached.  This order relates to the motion which is docket number  12  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5404 Cypress Center Drive, Suite 300, Tampa, FL 33609

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/28/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Attorney, Benjamin Heston - bhestonecf@gmail.com
Trustee, Larry D Simons (TR) - larry@lsimonslaw.com
U.S. Trustee, United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.go

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __07/08/2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, Jennifer Lee Hall - 27300 Capricho Cir, Temecula, CA 92590
Codebtors, Kenneth Hall & Stephanie Cannon - 27300 Capricho Cir, Temecula, CA 92590

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/08/2024 | Brad Patterson | /s/ Brad Patterson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT