ORIGINAL

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, July 2, 2024** | **Hearing Room 304** |

**12:30 PM**

**6:24-12448    Jennifer Lee Hall**                                                         **Chapter 7**

    **#1.00**    Motion for relief from stay

           U.S. BANK NATIONAL VS DEBTOR

           Property: 27300 Capricho Circle, Temecula, CA 92590
           [Real Prop]  Merdaud Jafarnia, attorney/movant

           FROM: 6-20-24

                               Docket    12
          ***VACATED ***    REASON: SCHEDULING ORDER ENTERED 7-1-24

**Matter Notes:**
    - NONE LISTED -

**Tentative Ruling:**
    - NONE LISTED -

### Party Information

**Debtor(s):**

    Jennifer Lee Hall                          Represented By
                                                  Benjamin Heston

**Trustee(s):**

    Larry D Simons (TR)                     Pro Se